<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7053**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

DAVID CORNELIUS VAUSE,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CR-00-760, CA-01-4266-4-22)

———————

Submitted:  September 5, 2002      Decided:  September 11, 2002

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Cornelius Vause, Appellant Pro Se.  Rose Mary Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Cornelius Vause seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Vause has not made a substantial showing of the denial of a constitutional right. See United States v. Vause, Nos. CR-00-760; CA-01-4266-4-22 (D.S.C. June 4, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED